UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61937-CIV-CANNON/Hunt

**SAMUEL VANCOL BOULET**,

    Plaintiff,

v.

**KASEYA US, LLC.**

    Defendant.
_____/

## ORDER APPROVING FLSA SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Renewed Joint Motion to Approve Settlement and Stipulation for Dismissal of Action with Prejudice ("Joint Motion") [ECF No. 76] and incorporated FLSA Settlement Agreement (the "Agreement") [ECF No. 76-1], filed on September 27, 2022. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 203, *et seq.*, and seek the Court's approval of their Settlement Agreement.

After carefully considering the Joint Motion, the Settlement Agreement, the record, and the applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 76] is **GRANTED**.

2. The FLSA/Wage Settlement Agreement between Plaintiff and Defendant, which has been duly filed with the Court [ECF No. 76-1], is **APPROVED**.

CASE NO. 20-61937-CIV-CANNON/Hunt

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

4. All pending motions are **DENIED AS MOOT**.

5. The Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of November 2022.

*[signature]*
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record